# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-334
_____

JOHN L. LENTZ, JR., M.D.,

Appellant,

v.

DEPARTMENT OF HEALTH,

Appellee.

_____

On appeal from the Department of Health, Board of Medicine.
Sarvam TerKonda, Chair.

January 26, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, and WINOKUR, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Mia L. McKown and Tara R. Price of Holland & Knight, LLP, Tallahassee; Jacques G. Simon, pro hac vice, Jericho, NY, for Appellant.

Pamela Jo Bondi, Attorney General, and Edward A. Tellechea, Assistant Attorney General; Katelyn Rose Boswell, Mari H. McCully, Louise Wilhite-St. Laurent, and Chad Wayne Dunn, Assistant General Counsels, Tallahassee, for Appellee.